

# IN THE
# TENTH COURT OF APPEALS

No. 10-17-00415-CV

## IN RE ULLJA KUNTZE

## Original Proceeding

## MEMORANDUM OPINION

On December 14, 2017, Kuntze filed a document which is properly characterized as a petition for writ of mandamus. In a separate proceeding, *In Re Kuntze*, 10-17-00384-CV, we have explained that such a document is not filed within an existing appeal, but rather is docketed as its own proceeding. *See In re Kuntze*, 10-17-00384-CV, 2017 Tex. App. LEXIS 12038 (Tex. App.—Waco Dec. 27, 2017, orig. proceeding).

In this proceeding, Kuntze is critical of the Clerk of this Court for not responding to Kuntze's demands by the deadline set by Kuntze and for failing to notify the trial court clerk of what Kuntze perceives as deficiencies in the clerk's record. Kuntze seeks to have

the Court's Clerk removed from office.  Kuntze's complaint is frivolous.  We do not have

jurisdiction to remove the Clerk in this manner.

Kuntze's petition is dismissed.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition dismissed
Opinion delivered and filed January 3, 2018
[OT06]

